E-FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00701 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER TO CONTINUE STATUS HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| RODOLFO PEREZ-MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, February 2, 2012, at 9:00 a.m., may be continued to Thursday, February 16, 2012, at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the calculation of the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective defense preparation, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: January 53, 2012

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order to Continue Status Hearing
CR 11-00701 DLJ                    1