IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00701 DLJ |
| Plaintiff, | ) ) | [] ORDER TO ADVANCE STATUS HEARING |
| vs. | ) ) | |
| RODOLFO PEREZ-MORALES, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, March 1, 2012, at 9:00 a.m., may be advanced to Thursday, February 23, 2012, at 9:00 a.m., for disposition.

Dated: February ___, 2012

_____
HON. D. LOWELL JENSEN
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 11-00701 DLJ                                        1